UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23267-CIV-SEITZ/SIMONTON

AMI B. ESKANOS,
BARRY B. ESKANOS

      Plaintiffs,

v.

ALLY FINANCIAL, INC
ET AL.

      Defendants.
_____/

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

THIS MATTER is before the Court *sua sponte*. By Order Following Hearing, dated October 25, 2011, the Court struck Plaintiffs' Complaint for failure to comply with Fed. R. Civ. P. 8 requiring a short and plain statement of the claims asserted and directed Plaintiffs to file an Amended Complaint no later than November 4, 2011. [DE 42]. To date, Plaintiffs have failed to file an Amended Complaint.[1] Therefore, it is

ORDERED that

(1) This action is DISMISSED for failure to prosecute.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 14th day of November, 2011.

                                                            PATRICIA A. SEITZ
                                                            UNITED STATES DISTRICT JUDGE

cc:     Honorable Andrea M. Simonton
        Counsel of Record
        *Pro Se* Parties

---

[1] On November 1, 2011, Plaintiffs filed a Notice of Filing Suggestion of Bankruptcy and requested that the Court stay this action. [DE 43]. By Order, dated November 3, 2011, the Court denied Plaintiffs' request for a stay and again directed Plaintiffs to file an Amended Complaint by November 4, 2011. [DE 44].